UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Rodney P. Grimm, | Civil No. 10-4859 (PAM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Michael J. Astrue,<br>Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Tony N. Leung dated February 1, 2012. The R&R recommended that this Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Motion for Summary Judgment. Plaintiff has not filed an objection to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 17).

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Docket No. 12) is **DENIED**; and

2. Defendant's Motion for Summary Judgment (Docket No. 14) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 16, 2012

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge